| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**District of Colorado**

Case number *(if known)* _____  Chapter  __11__

                                                **Subchapter V**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **USA Cricket** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-3077896** |

4. Debtor's address

**Principal place of business**

**390 Interlocken Crescent, Suite 350**

**Broomfield, CO 80021**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  **https://usacricket.org/**

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | USA Cricket | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7113

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | USA Cricket | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐   $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **USA Cricket** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 1, 2025**
                MM / DD / YYYY

X _____              **Johnathan Atkeison**
Signature of authorized representative of debtor        Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   X   **Yanni N. Kakouris, Esq.**        Date  **October 1, 2025**
                  Signature of attorney for debtor                  MM / DD / YYYY

**Yanni N. Kakouris, Esq. (CO Bar # 61765)**
**Black Lion Services, PLLC**
**33 Lafayette Road (Rt. 1)**
**Hampton Falls, NH 03844**
**Toll free: (888) 889-1454**
**Local: (603) 945-0778**
**yanni@blacklionservices.com**

---

**Fill in this information to identify the case:**

Debtor name **USA Cricket**

United States Bankruptcy Court for the: **District of Colorado**

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 1, 2025**          X _____
                                          Signature of individual signing on behalf of debtor

                                          **Johnathan Atkeison**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

```
Fill in this information to identify the case:

Debtor name    USA Cricket
_____

United States Bankruptcy Court for the:  District of Colorado

Case number (if known) _____
```

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

---

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................  $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................  $ _____ 178,874.28

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................  $ _____ 178,874.28

---

**Part 2:**   **Summary of Liabilities**

---

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ _____ 0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____ 524,471.00

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    |   $ _____ 524,471.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   <strong>USA Cricket</strong>

United States Bankruptcy Court for the:   <strong>District of Colorado</strong>

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ **No.** Go to Part 2.
   ☒ **Yes** Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of America** | **Checking** | **9126** | **$0.00** |
| 3.2. **Wells Fargo Bank** | **Checking** | **9126** | **$50,207.78** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$50,207.78**

**Part 2:**     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ **No.** Go to Part 3.
   ☒ **Yes** Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. **Retainer: Billion Law** | **$50,000.00** |
|---|---|
| 7.2. **Retainer: Black Lion Services PLLC** | **$75,000.00** |

Debtor __**USA Cricket**__          Case number *(If known)* _____
        Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$125,000.00** |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale **Children's Cricket Sporting Goods** | | $75,000.00 | 75000 | Unknown |

22.    Other inventory or supplies

23.    **Total of Part 5.**
      Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$0.00** |

24.    **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **USA Cricket** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Video cameras** | $666.50 | Resale | $666.50 |
| | **Computers ($300/computer)** | $0.00 | Resale Value | $3,000.00 |

40.   Office fixtures

41.   Office equipment, including all computer equipment and communication systems equipment and software

42.   Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | Total of Part 7. Add lines 39 through 42.   Copy the total to line 86. | $3,666.50 |
|---|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

---

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets **USA Cricket Trademark** | Unknown | | Unknown |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor     **USA Cricket** _____     Case number *(If known)* _____
Name

| 61. | **Internet domain names and websites** | | |
|-----|-----|-----|-----|
| | usacricket.org | Unknown | Unknown |

| 62. | **Licenses, franchises, and royalties** |
|-----|-----|
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

| 66. | **Total of Part 10.** | |
|-----|-----|-----|
| | Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | **All other assets** |
|-----|-----|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.    Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **USA Cricket** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,207.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $125,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,666.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $178,874.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $178,874.28 |

**Fill in this information to identify the case:**

Debtor name    **USA Cricket**

United States Bankruptcy Court for the:    **District of Colorado**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name   **USA Cricket**

United States Bankruptcy Court for the:   **District of Colorado**

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
    ☒ No. Go to Part 2.
    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Aaron Jones<br>520 Tullamore Way<br>Alpharetta, GA 30004<br><br>Date(s) debt was incurred **45898**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$9,068.00** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Abir Sengupta<br><br>Date(s) debt was incurred **45888**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$775.00** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Adit Kappa<br><br>Date(s) debt was incurred **45873**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **_**<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$700.00** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Aditiba Chudasama<br>22 W Countryside Dr<br>Princeton, NJ 08540<br>Date(s) debt was incurred **45853**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$3,750.00** |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Aditya Gajjar<br>3535 mcclure woods dr<br>Duluth, GA 30096<br>Date(s) debt was incurred **45889**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **_**<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$250.00** |

| Debtor | **USA Cricket** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Adnit Jhamb** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __45873__ | | |
| | **Last 4 digits of account number** __ __ __ __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Advaith Krishna** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __45873__ | | |
| | **Last 4 digits of account number** __ __ __ __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Agado Communications Inc** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __45930__ | | |
| | **Last 4 digits of account number** __ __ __ __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **American Cricket Enterprises**<br>**Christopher Carrington**<br>**RICHARDS CARRINGTON, LLC**<br>**1444 Blake Street**<br><br>**Denver, CO 80202** | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ __ __ __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Amie Kem** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __45873__ | | |
| | **Last 4 digits of account number** __ __ __ __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Amrinder Gill** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __45873__ | | |
| | **Last 4 digits of account number** __ __ __ __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,734.00** |
|---|---|---|---|
| | **Andries Gous**<br>**16620 Hidden Cove Dr**<br>**Celina, TX 75009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __45898__ | | |
| | **Last 4 digits of account number** __ __ __ __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Ansh Rai** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __45873__ | | |
| | **Last 4 digits of account number** __ __ __ __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| Debtor | **USA Cricket** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Arjun Mahesh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45873**

Last 4 digits of account number  __

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Arya Garg**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45873**

Last 4 digits of account number  __

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ayush Patel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45713**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$534.00** |
|---|---|---|---|

**Best Cricket Store**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45662**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156,000.00** |
|---|---|---|---|

**Bryan Cave Leighton Paisner LLP**
**90 South Cascade Avenue, Suite 1300**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**Chetna Reddy Pagydyala**
**13342 Tiburon Way**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45853**

Last 4 digits of account number  __

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293.00** |
|---|---|---|---|

**Chita Nilak**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45922**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.00** |
|---|---|---|---|

**Core Cricket Academy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45924**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,734.00** |
|---|---|---|---|

**Corey Anderson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45898**

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | **USA Cricket** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **CricClubs Inc**<br>**342 North Water Street**<br>**Milwaukeee, WI 53202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45856 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **Cristian Meneses** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45873 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|
| | **Daniel ross meredith** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45875 | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|
| | **Disha Dhingra**<br>**445 Cottrell Rd**<br>**Matawan, NJ 07747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45853 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|
| | **Divyam Thakkar** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45784 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.00 |
|---|---|---|---|
| | **Dmc Sport** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45858 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **Ella calridge** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45672 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|
| | **Eshan Mulay**<br>**42287 San Juan Ter**<br>**Aldie, VA 20105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  45853 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Docusign Envelope ID: 8C9380C4-69A9-4E56-9BA7-66845A0A1C50

| Debtor | USA Cricket | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
Gargi Bhogle
2 San Carlos
Rancho Santa Margarita, CA 92688

Date(s) debt was incurred  **45853**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☒ No   ☐ Yes

**$3,750.00**

---

**3.32** | Nonpriority creditor's name and mailing address
Geetika Kodali
420 Hilliard Forest Dr
Cary, NC 27519

Date(s) debt was incurred  **45853**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☒ No   ☐ Yes

**$6,047.00**

---

**3.33** | Nonpriority creditor's name and mailing address
George Mathias
4817 Autumn Glory Way
Chantilly, VA 20151

Date(s) debt was incurred  **45853**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No   ☐ Yes

**$3,636.00**

---

**3.34** | Nonpriority creditor's name and mailing address
Gordon Rees Scully Mansukhani, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☒ No   ☐ Yes

**$10,000.00**

---

**3.35** | Nonpriority creditor's name and mailing address
Harmeet Singh Baddhan
21615 Redwood Bluff Trl
Cypress, TX 77433

Date(s) debt was incurred  **45898**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☒ No   ☐ Yes

**$10,734.00**

---

**3.36** | Nonpriority creditor's name and mailing address
i

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☒ No   ☐ Yes

**$1.00**

---

**3.37** | Nonpriority creditor's name and mailing address
IRA Sportswear
8 the Grn
Dover, DE 19901

Date(s) debt was incurred  **45784**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☒ No   ☐ Yes

**$32,951.00**

---

**3.38** | Nonpriority creditor's name and mailing address
Jalal Uddin
400 Nagle St, Apt 500
College Station, TX 77840

Date(s) debt was incurred  **45911**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☒ No   ☐ Yes

**$340.00**

---

| Debtor | **USA Cricket** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.39** | **Nonpriority creditor's name and mailing address**<br>**Jamie Beamish**<br><br>Date(s) debt was incurred **45873**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$350.00** |

| | | | |
|---|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address**<br>**Jasdeep Singh**<br>**47 erik drive**<br>**Fords, NJ 08863**<br>Date(s) debt was incurred **45778**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$9,468.00** |

| | | | |
|---|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address**<br>**Jessica Mary Willathgamuwa**<br>**261 Emmette Dr**<br>**Dawsonville, GA 30534**<br>Date(s) debt was incurred **45853**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$3,750.00** |

| | | | |
|---|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address**<br>**Jivana Aras**<br>**13241 SE 43rd Place**<br>**Bellevue, WA 98006**<br>Date(s) debt was incurred **45853**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$3,750.00** |

| | | | |
|---|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address**<br>**John Aaron**<br><br>Date(s) debt was incurred **45881**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$300.00** |

| | | | |
|---|---|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address**<br>**Juanoy Drysdale**<br>**138-38 229st laurelton**<br>**Queens, NY 11413**<br>Date(s) debt was incurred **45905**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$2,500.00** |

| | | | |
|---|---|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address**<br>**Kadamba Technologies Pvt Ltd**<br><br>Date(s) debt was incurred **45841**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$4,500.00** |

| | | | |
|---|---|---|---|
| **3.46** | **Nonpriority creditor's name and mailing address**<br>**Karthik Raghupathy**<br><br>Date(s) debt was incurred **45852**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No   ☐ Yes | **$1,250.00** |

Docusign Envelope ID: 8C9380C4-69A9-4E56-9DA7-66845A0A1C59

| Debtor | USA Cricket | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666.00 |
|---|---|---|---|

**kiran bonthagorla**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45852**

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**KNAV Advisory Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45784**

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,020.00 |
|---|---|---|---|

**Law Office of Sesha Kalapatapu**
**P.O. Box 6751**
**Houston, TX 77265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45904**

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Lekha Shetty**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45853**

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Maahi Madhavan**
**1709 Tramonti Dr**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45853**

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,279.00 |
|---|---|---|---|

**Mangesh Rane**
**38 Primerose Circle**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45853**

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Mathew Skyner**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45925**

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,068.00 |
|---|---|---|---|

**Milind Kumar**
**19323 morning news In**
**Richmond, TX 77407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45898**

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | **USA Cricket** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|
| | **Mitali Patwardhan**<br>944 Cozy oak ave<br>Cary, NC 17519 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45853** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,734.00 |
|---|---|---|---|
| | **Monank Dilipbhai Patel**<br>4531 Point Rock Dr<br>Buford, GA 30519 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45898** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,234.00 |
|---|---|---|---|
| | **Muhammad Ali Khan**<br>19939 Chasewood Park Dr., Apt. 7102<br>Houston, TX 77070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45898** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,734.00 |
|---|---|---|---|
| | **Nisarg Patel**<br>3200 E Palm drive. Apt 404<br>Fullerton, CA 92831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45898** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,734.00 |
|---|---|---|---|
| | **Nitish Kumar**<br>525 Yale St   Apt 357<br>Houston, TX 77007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45898** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|
| | **Nitish Reddy Sudini** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45873** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,734.00 |
|---|---|---|---|
| | **Nosthusha Pradeep Kenjige**<br>5624 Lake District Dr   Apt 107<br>The Colony, TX 75056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45898** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,760.00 |
|---|---|---|---|
| | **NY Capital Sports LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45857** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| Debtor | USA Cricket | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.63** | Nonpriority creditor's name and mailing address
**Onkar Akolkar**

Date(s) debt was incurred __45905__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$413.00**

---

**3.64** | Nonpriority creditor's name and mailing address
**Oscar Alvarez**

Date(s) debt was incurred __45873__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No  ☐ Yes

**$700.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Panakalu Vangala**

Date(s) debt was incurred __45888__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$800.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**Pankaj Chaudhari**

Date(s) debt was incurred __45875__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$750.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**Piyush Agram**
**840 E Green St   Unit 506**
**Pasadena, CA 91101**

Date(s) debt was incurred __45875__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$625.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**Piyush Patel**

Date(s) debt was incurred __45848__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$310.00**

---

**3.69** | Nonpriority creditor's name and mailing address
**Pooja Ganesh**
**1077 Arbor Grove Ct**
**Chesterfield, MO 63005**

Date(s) debt was incurred __45853__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,750.00**

---

**3.70** | Nonpriority creditor's name and mailing address
**Prannav Chettipalayam**

Date(s) debt was incurred __45700__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$500.00**

---

**3.71** | Nonpriority creditor's name and mailing address
**Prasanna Ravichandran**

Date(s) debt was incurred __45875__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$875.00**

---

| Debtor | USA Cricket | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|
| **Pravin David**<br>11241 Elkwood Street<br>Sun Valley, CA 91352 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45875** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,261.00 |
|---|---|---|
| **Prosper Utseya** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45925** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|
| **Pubudu Dassanayake** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45873** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |
|---|---|---|
| **Rajesh Kumar** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45875** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00 |
|---|---|---|
| **Rajesh Uppalapati** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45890** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|
| **Rishi Bhardwaj**<br>10909 Avondale Rd NE   Apt B105<br>Redmond, WA 98052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45873** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|
| **Ritu Priya Singh**<br>57 Towerbridge Pl<br>St Charles, MO 63303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45853** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **Ritvik Reddy Appidi** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45873** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,449.00 |
|---|---|---|
| **River Media Partners Limited** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **45900** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **USA Cricket** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Rodney Cutting**

Date(s) debt was incurred **45853**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,557.00** |
|---|---|---|---|

**Rohaan Gosala**
**735 FIREBRICK DRIVE**
**Cary, NC 27519**

Date(s) debt was incurred **45848**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**Saanvi Immadi**
**2826 Arronia Ct**
**Pleasanton, CA 94588**

Date(s) debt was incurred **45853**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Sabrish Prasad**

Date(s) debt was incurred **45873**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Saharsh Shwethan**

Date(s) debt was incurred **45873**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Sahil Garg**

Date(s) debt was incurred **45873**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Sahir Bhatia**

Date(s) debt was incurred **45873**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,333.00** |
|---|---|---|---|

**Saiteja Mukkamalla**

Date(s) debt was incurred **45905**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,343.00** |
|---|---|---|---|

**Sami Khan**
**24513 Norwood Dr**
**Plainfield, IL 60585**

Date(s) debt was incurred **45848**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **USA Cricket** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Sampath Kumar Seshadri**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45873**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**SANDEEP YADAV Parika**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45852**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,734.00** |
|---|---|---|---|

**Saurabh Naresh Netravalkar**
**895 Cabot Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45898**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,068.00** |
|---|---|---|---|

**Shadley Van Schalkwyk**
**1042 168th Ave SE**
**Bellevue, WA 98008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45898**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$425.00** |
|---|---|---|---|

**Sharad Brahmbhatt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45888**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,068.00** |
|---|---|---|---|

**Shayan Jahangir**
**2603 the Highlands Dr**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45898**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Shiv Shani**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45873**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Shivaputra Kulkarni**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45875**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **USA Cricket** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$909.00** |
|---|---|---|---|
| | **Sindhu Sriharsha**<br>**316 Misty Cir**<br>**Livermore, CA 94550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45872 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,108.00** |
|---|---|---|---|
| | **Siva Rajesh Mokkapati** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45784 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|
| | **Smit Patel**<br>**22100 Park Westheimer Blvd   Apt 334**<br>**Richmond, CA 77407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45905 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,734.00** |
|---|---|---|---|
| | **Steven Taylor**<br>**500 Freeman Drive**<br>**Covington, GA 30016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45898 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,168.00** |
|---|---|---|---|
| | **Streamarto**<br>**871 Fannin Drive**<br>**Lavon, TX 75166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45873 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|
| | **Suhani Thadani**<br>**48980 Tulare Dr**<br>**Freemont, CA 94539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45853 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **Sundaresh Iyer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45862 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Supransh Kumar** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 45873 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **USA Cricket** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.00 |
|---|---|---|---|

**Tarakeswara Janapareddy**
531 Silicon Dr   Ste 102
Southlake, TX 76092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45708**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Usman Rafiq**
32707 Dew Crest St
Fulshear, TX 77423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45873**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Utkarsh Srivastava**
316 Jute Ct
Cary, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45873**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Vijay Chukka**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45877**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.00 |
|---|---|---|---|

**Vincent Vinay Kumar**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45792**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Vishnu Somanathan Pillai**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45889**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Viswa Munukutla**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45905**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**Yashaaditi Teki**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **45782**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | **USA Cricket** | Case number *(if known)* | |
|--------|-----------------|--------------------------|---|
| | Name | | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Yasir Saeed Mohammad**
**1809 Westminster Blvd**
**Parlin, NJ 08859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **45905**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 524,471.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 524,471.00 |

Docusign Envelope ID: 8C9880C4-69A9-4E56-9BA7-66845A9A1C5B

---

**Fill in this information to identify the case:**

Debtor name __**USA Cricket**__

United States Bankruptcy Court for the: __**District of Colorado**__

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Player Contract** | |
| | State the term remaining | **Ends 12/31/25** | **Aaron Jones**<br>**1641 Clayfire Drive**<br>**Cary, NC 27519** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Player Contract** | |
| | State the term remaining | **Ends 12/31/25** | **Andries Gous**<br>**16620 Hidden Cove Dr**<br>**Celina, TX 75009** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Storage** | |
| | State the term remaining | **Month to Month** | **DMC Sport**<br>**1031 33rd St**<br>**Denver, CO 80205** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Player Contract** | |
| | State the term remaining | **Ends 12/31/25** | **Harmeet Singh Baddhan**<br>**21615 Redwood Bluff Trl**<br>**Cypress, TX 77433** |
| | List the contract number of any government contract | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor 1 | USA Cricket | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract

**Jasdeep Singh**
**47 Erik Dr**
**Fords, NJ 08863**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract

**Juanoy Drysdale**
**138-28 229 St. Laurelton**
**Springfield Gardens, NY 11413**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract

**Milind Kumar**
**19323 Morning News Ln**
**Richmond, TX 77407**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract

**Monank Patel**
**4531 Point Rock Dr**
**Buford, GA 30519**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Player contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract

**MUHAMMAD AHSAN ALI KHAN**
**11215 BUCHANAN COVES LN**
**Cypress, TX 77433**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 __USA Cricket__
    First Name       Middle Name       Last Name

Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract — _____

**Nosthush Kenjige**
**5624 Lake District Dr**
**Apt 107**
**The Colony, TX 75056**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract — _____

**Saiteja Mukkamalla**
**8 Queens Court**
**Monroe, NJ 08831**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract — _____

**SAURABH NARESH NETRAVALKAR**
**895 Cabot Ln**
**San Mateo, CA 94404**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract — _____

**Shadley van Schalkwyk**
**1042 168th AVE SE**
**Bellevue, WA 98008**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Player Contract**

State the term remaining — **Ends 12/31/25**

List the contract number of any government contract — _____

**SHAYAN JAHANGIR**
**2603 The Highlands Drive**
**Sugar Land, TX 77478**

---

| Debtor 1 | **USA Cricket** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Player Contract** | |
|---|---|---|---|
| | State the term remaining | **Ends 12/31/25** | |
| | List the contract number of any government contract | _____ | **SMIT PATEL**<br>**22100 PARK WESTHEIMER BLVD APT 334**<br>**Richmond, TX 77407** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Player Contract** | |
|---|---|---|---|
| | State the term remaining | **Ends 12/31/25** | |
| | List the contract number of any government contract | _____ | **Yasir Mohammad**<br>**1809 Westminster blvd**<br>**Parlin, NJ 08859** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **USA Cricket** |
| United States Bankruptcy Court for the: | **District of Colorado** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |