Docusign Envelope ID: 5EB4FA397D93-4B9B-B880-EAD529620E3F

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                        )

     USA CRICKET,         ) Case No.    25-16381-MER

        Debtor.         ) Chapter 11, Subchapter V

                        ) EIN 82-3077896

## FIRST DAY AFFIDAVIT OF JOHNATHAN ATKEISON

I, Johnathan Atkeison, being of sound mind and over the age of eighteen (18), do hereby depose and state as follows:

1.    I am competent to make this affidavit, and the facts stated herein are based on my personal knowledge, unless otherwise indicated.

2.    I have direct and personal knowledge of the operations, history, and contractual agreements concerning USA Cricket ("USAC") due to my role as Chief Executive Officer of USAC.

## GENERAL BACKGROUND

3.    Cricket, a bat-and-ball game with a rich history dating back to 16th-century England, has evolved into a global sporting phenomenon with a passionate following, particularly in commonwealth nations.

4.    The sport is contested between two teams of eleven players, with the objective of scoring more runs than the opposition. It boasts various formats, from the traditional five-day Test matches to the fast-paced, action-packed Twenty20 (T20) games, which have significantly broadened its appeal to a younger and more diverse audience.

5.    The International Cricket Council ("ICC") serves as the sport's global governing body, overseeing major tournaments like the ICC Cricket World Cup and the

USA Cricket
FDD
9-30-25

Docusign Envelope ID: 5EB4FA397D93-4B9B-B880-EAD520620E3F

ICC T20 World Cup, which captivate billions of viewers worldwide. The intricate rules and tactical nuances of cricket, combined with the athleticism and skill of its players, have cemented its status as one of the world's most popular sports.

6.     Financially, cricket is a multi-billion-dollar industry, with its global revenue in 2025 projected to be approximately $3.84 billion. This considerable income is generated through a variety of streams, including lucrative broadcasting rights, extensive corporate sponsorships, and ticket sales for international and domestic competitions.

7.     The United States has emerged as a significant and rapidly expanding market for cricket, driven primarily by a prominent and growing South Asian diaspora and increasing interest from the broader American population. According to participation research, over 400,000 players in the United States are participating in organized, registered league cricket annually. In 2025, over 7,500 players registered for USAC's age-grade pathway competitions across the United States--an all-time high.

8.     The United States broadcast market is consistently ranked as either the second or third-most valuable rights market for the ICC, driving significant global revenues. Hundreds of cricket academies are in operation across the country, engaging youth players in training programs which are commensurate both in quality and cost to those available to athletes in other mainstream American sports.

9.     The staging of the 2024 T20 World Cup in the United States marked a pivotal moment for the sport in the US, attracting substantial crowds, international attention, and an unprecedented mainstream American media attention. The event

Docusign Envelope ID: 5EB4FA397D93-4B9B-B880-EAD529620E3F

demonstrated the potential for professional cricket to thrive in the American sports landscape.

10.     Further bolstering this growth is the inclusion of cricket in the 2028 Los Angeles Olympics, which is expected to significantly increase visibility and participation. This burgeoning interest is translating into increased investment in infrastructure, grassroots development programs, and a growing market for cricket-related merchandise, signaling a promising future for the sport in the United States.

## FORMATION OF USAC

11.     The former governing body for cricket in the United States, The United States Cricket Association (USACA), was terminated by the International Cricket Council ("ICC") in 2017. The ICC managed US cricket operations via an interim entity until the formation of USAC in 2019. In fact, the first CEO of USAC was Iain Higgins, the former COO of the ICC, who had been instrumental in the crafting of the formational documents of the new entity in his prior role.

12.     Amidst the rapid expansion of cricket in the United States, USAC serves as the sport's national governing body, tasked with a pivotal and multifaceted role.

13.     Its primary mandate is to foster, regulate, and promote cricket at all levels throughout the country. This includes managing the men's, women's, and youth national teams, preparing them for international competition and ensuring they have a pathway to the highest levels of the sport—including the Olympics.

14.     USAC is also central to the strategic initiatives that have fueled the sport's recent surge in popularity. The organization played a crucial part in the successful bid to co-host the 2024 ICC Men's T20 World Cup, a landmark event that brought top-tier

international cricket to American soil and showcased the nation's growing enthusiasm for the game. USAC's victory over Pakistan in that same event propelled the sport to levels of attention never before seen in the United States. Subsequently, USAC's national teams have continued to perform on the global stage.

## THE SUSPENSION BY INTERNATIONAL CRICKET COUNCIL & DISPUTE WITH ACE, LLC F/K/A AMERICAN CRICKET ENTERPRISES, INC.

15.    Just prior to when I took over as CEO of USAC, the ICC had placed USAC "On Notice", essentially a precursor to a potential suspension of USAC's membership in the ICC. I was immediately tasked with improving relations with the ICC, securing admission for USAC into the United States Olympic and Paralympic Committee as a National Governing Body ahead of LA28, and additionally growing the organizational staffing and operational ability to assuage ICC concerns regarding managerial capacity.

16.    Although the organization has addressed and continues to address the issues raised by the ICC, on September 22, 2025, the ICC formally suspended USAC until such a time as it can meet certain conditions for reinstatement.

17.    To date, the ICC has not yet articulated the conditions for reinstatement and also has not indicated a date by which such conditions will be delivered to USAC, In the interim, however, ICC has suspended all payments due and owing to USAC, effectively terminating one of its primary funding sources and compromising its ability to seek revenue from other sources.

18.    Complicating (and further clouding) USAC's financial picture is its dispute with ACE, LLC, the purported successor entity to American Cricket Enterprise, Inc., over monies owed under the agreement between the parties. Despite negotiations, the

USA Cricket
FDD
9-30-25

4

Docusign Envelope ID: 5EB4FA397D93-4B9B-B880-FAD52062DE3F

Debtor was unable to resolve its dispute with ACE, and as a result, the Debtor had—prior to filing—terminated the agreement.

19.     In response, ACE sought a temporary restraining order and preliminary injunction in Colorado state court. The Court refused to grant the TRO and scheduled a hearing on the PI for October 1, 2025.ACE also initiated arbitration proceedings under the Agreement. An answer was due in the arbitration on or before October 15, 2025.

20.     USAC meritorious defenses and viable counterclaims for breach of the payment terms, breach of the infrastructure obligations, and failure to exercise its commercial rights to the detriment of its partner. That said, given the ICC situation, USAC's resources were rapidly depleting and it lacked the financial ability to defend litigation.

21.     In short, the dispute with ACE, the Debtor's existing debts, and the suspension of USAC by ICC has almost completely eliminated USAC's current cash flow.

## THE BOARD'S DECISION TO FILE BANKRUPTCY

22.     Recognizing that ICC's suspension and its dispute with ACE meant that USAC lacked any ongoing funding, the Board was aware that it was no longer in a position to meet its ongoing obligations.

23.     That said, USAC has the prospect for a very successful reorganization. Successfully satisfying the ICC would lead to the reinstatement of USAC, which in turn would restore its ICC funding, restore its right to operate and commercialize the national teams including for the 2028 Olympics, and to seek out new commercial event partners. The breathing room afforded by a Chapter 11, coupled with the ability to restructure its

Docusign Envelope ID: 5EB4FA397D93-4B9B-B880-EAD520620E3F

debts and revisit its obligations will, in the Debtor's view, permit it the time necessary to successfully reorganize.

24.     Put otherwise, the Board views Chapter 11 as an opportunity to essentially rebuild and reorganize itself, emerging from bankruptcy as a new organization. It intends to address the historically fractious nature of its own internal governance, and then pursue a renewed and strengthened relationship with the ICC, the USOPC and the broader American cricket community to move forward with an eye toward LA2028.

## MOTION TO PAY PREPETITION EMPLOYEE WAGES

25.     The Debtor currently employs approximately 5 individuals.

26.     The Debtor's employees are compensated on a semi-monthly basis, in arrears.

27.     As of the Petition Date, the Debtor has accrued, but not yet paid, certain wages, salaries, commissions, and other forms of compensation.

28.     The aggregate amount of the Prepetition Wages is estimated to be approximately $41,250.00. A schedule containing an anonymized, good-faith estimate of the amounts owed to the employees is attached hereto as Exhibit 1.

29.     On information and belief, the Debtor's employees rely on the timely receipt of their compensation to meet their essential living expenses.

30.     In connection with its payroll, the Debtor is required to (a) withhold from employees' wages certain amounts for federal and state income taxes, as well as Social Security and Medicare contributions, and (b) pay the employer's share of certain payroll-related taxes, such as Social Security, Medicare, and federal and state unemployment taxes.

USA Cricket
FDD
9-30-25

Docusign Envelope ID: 5EB4FA397D93-4B9B-B880-EAD529620E3F

Johnathan Atkeison

USA Cricket
FDD
9-30-25

7

Docusign Envelope ID: 5EB4FA397D93-4B9B-B880-EAD520620F5F

**JURAT**

State of    New Jersey
County of    Camden

I am a notary public and, correspondingly, an officer authorized to administer oaths. This document and the statements therein were sworn and subscribed before me on October 1, 2025, by **Johnathan Atkeison**, who is personally known to me on the basis of satisfactory evidence to be the person who appeared before me.

**Johnathan Atkeison** made the oath necessary to so swear and subscribe this affidavit.

**Johnathan Atkeison** was sworn under oath in my presence; stated that the facts in the affidavit and its exhibits are true, correct, and of his own knowledge in my presence; and signed this affidavit in my presence.

___Nicolette Hall___, Notary Public
My commission expires: ___01/17/2027___
Stamp/Seal

```
┌──────────────────────────────────────────┐
│           Nicolette Hall                   │
│   Notary Public, State of New Jersey       │
│   My Commission Expires 01/17/2027         │
└──────────────────────────────────────────┘
```

Nicolette Hall    10/1/2025    50182507

Completed via remote online notarization using 2 way audio/video technology

USA Cricket
FDD
9-30-25

8