## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| January 6, 2026 | Honorable Michael E. Romero, Presiding |
|---|---|
| | Courtroom C |

| In re: | Case No. 25-16381 MER |
|---|---|
| USA Cricket | Chapter 11 |
| Debtor. | |

Appearances:

| Role | Party | | Counsel |
|---|---|---|---|
| SubV Trustee | Mark Dennis | Counsel | |
| UST | | Counsel | Sam Boughner |
| Debtor | | Counsel | Mark Billion, Yanni Kakouris |
| Creditor | American Cricket Enterprises, LLC | Counsel | Amalia Sax-Bolder |
| Creditor | Arjun Rao Gona, Kuljit-Singh Nijjar, BK Atul Rai, Patricia Whittaker | Counsel | Stephen Hess |
| Creditor | International Cricket Counsel | Counsel | Daniel Desatnik |
| Creditor | | Counsel | |

Proceedings:

Video Preliminary Hearing on American Cricket Enterprises' Renewed Motion for Order to (1) Amend Debtor's Voluntary Petition Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and (2) Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) with Powers Under § 1106, and the United States Trustee's Objection thereto.

Orders:

The Court will take the matter under advisement.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: _____
Deputy Clerk