# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>USA Cricket<br>Tax ID/EIN: 82-3077896<br>              Debtor. | Case No. 25-16381 MER<br><br>Chapter 11 |

## NOTICE OF APPOINTMENT OF TRUSTEE

To:    Mark Dennis
2000 S. Colorado Blvd., Tower 2, Ste. 200
Denver, CO 80222
303-226-5471
mdennis@slbiggs.com

       Pursuant to the Order of this Court entered on January 12, 2026, directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Mark Dennisr to serve as the chapter 11 trustee.

       The United States Trustee will set an initial amount for a chapter 11 trustee bond. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

       This appointment is made on January 13, 2026.

Dated:  January 13, 2026

                                                  GREGORY M. GARVIN
                                                Acting United States Trustee, Region 19

                                                /s/ R. Samuel Boughner
                                                By: R. Samuel Boughner, AR#2010272
                                                Trial Attorney for the U.S. Trustee
                                                1961 Stout Street, Suite 12-200
                                                Denver, CO  80294
                                                (303) 312-7252
                                                Samuel.Boughner@usdoj.gov