# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>USA Cricket<br>Tax ID/EIN: 82-3077896<br>　　　　Debtor. | Case No. 25-16381 MER<br><br>Chapter 11 |

## VERIFIED STATEMENT OF MARK DENNIS

     I, Mark Dennis, hereby verify that I have no connections with the debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except that I am included in the United States Trustee's Sub Chapter V Trustee pool for Region 19, and I was appointed Sub Chapter V Trustee for USA Cricket case no. 25-16381 MER under Sub Chapter V of the bankruptcy code on October 6, 2025 (docket no. 35). The revocation of USA Cricket's Sub Chapter V designation on January 12, 2026 (docket no. 148) has terminated my duties as Sub Chapter V Trustee, and I will shortly be filing the required notice.

     I declare under penalty of perjury that the foregoing is true and correct.

Date:　01.13.2026

_____
Mark Dennis