# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>USA Cricket<br>Tax ID/EIN: 82-3077896<br>　　　　　Debtor. | Case No. 25-16381 MER<br><br>Chapter 11 |

## APPLICATION FOR ORDER APPROVING UNITED STATES TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE

The United States Trustee (the "UST") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Mark Dennis as the Chapter 11 Trustee, and in support thereof, states as follows:

1. Pursuant to the *Order Granting Motion to Amend Debtor's Petition and Appoint a Chapter 11 Trustee (Docket #148)* entered January 12, 2026, the Court ordered the UST to appoint a chapter 11 trustee in the above-captioned case.

2. On January 13, 2026, the UST appointed Mark Dennis as the Chapter 11 Trustee in the above captioned case.

3. In the process of selecting the Chapter 11 Trustee, the UST contacted multiple creditors and parties-in-interest for comment and recommendation concerning the trustee appointment, including all creditors and parties-in-interest that have entered an appearance in and/or filed positions within this case.

4. Following those consultations, the UST reached out to and provided an opportunity to be interviewed for the appointment as Chapter 11 Trustee to each of the persons recommended by any party-in-interest for the position. Following those interviews, the UST has selected Mr. Dennis as the Chapter 11 Trustee.

5. To the best of the UST's knowledge, Mr. Dennis' connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, the UST requests that the Court enter an Order Approving Appointment of Mark Dennis as the Chapter 11 Trustee in the above-captioned case.

Dated:  January 13, 2026

　　　　　　　　　　　　　　　　　　　　GREGORY M. GARVIN
　　　　　　　　　　　　　　　　　　　　Acting United States Trustee, Region 19

　　　　　　　　　　　　　　　　　　　　/s/ R. Samuel Boughner

By: R. Samuel Boughner, AR#2010272
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7252
Samuel.Boughner@usdoj.gov