UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>USA Cricket<br>Tax ID/EIN: 82-3077896<br>　　　　　Debtor. | Case No. 25-16381 MER<br><br>Chapter 11 |

**NOTICE OF APPOINTMENT OF TRUSTEE**

To:　　Mark Dennis
　　　　2000 S. Colorado Blvd., Tower 2, Ste. 200
　　　　Denver, CO 80222
　　　　303-226-5471
　　　　mdennis@slbiggs.com

　　　　Pursuant to the Order of this Court entered on January 12, 2026, directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Mark Dennisr to serve as the chapter 11 trustee.

　　　　The United States Trustee will set an initial amount for a chapter 11 trustee bond. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

　　　　This appointment is made on January 13, 2026.

　　Dated:　January 13, 2026

　　　　　　　　　　　　　　　　　　　　　　GREGORY M. GARVIN
　　　　　　　　　　　　　　　　　　　　　　Acting United States Trustee, Region 19

　　　　　　　　　　　　　　　　　　　　　　/s/ R. Samuel Boughner
　　　　　　　　　　　　　　　　　　　　　　By: R. Samuel Boughner, AR#2010272
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney for the U.S. Trustee
　　　　　　　　　　　　　　　　　　　　　　1961 Stout Street, Suite 12-200
　　　　　　　　　　　　　　　　　　　　　　Denver, CO  80294
　　　　　　　　　　　　　　　　　　　　　　(303) 312-7252
　　　　　　　　　　　　　　　　　　　　　　Samuel.Boughner@usdoj.gov