# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>USA Cricket<br>Tax ID/EIN: 82-3077896<br>           Debtor. | Case No. 25-16381 MER<br><br>Chapter 11 |

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

      The Court having considered the Application of the United States Trustee for entry of an Order approving the appointment of Mark Dennis as Chapter 11 Trustee in the above-captioned case, it is hereby

      ORDERED that the appointment is approved.

Dated:                                                                   BY THE COURT:

                                                                             _____
                                                                             Michael E. Romero, Judge
                                                                             United States Bankruptcy Court